IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

H.C., FATHER OF B.C. AND
A.C., CHILDREN,

      Appellant,

 v.

Case No. 5D22-1177
LT Case No. 2020-DP-000076-A

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee,

_____/

Decision filed November 7, 2022

Appeal from the Circuit Court
for Citrus County,
Joel Fritton, Judge.

Helen N. Silva, Sanford, for Appellant.

Rachel Batten, of Children's Legal Services,
Brooksville, for Appellee, Department of
Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Darla Jean Dooley, Senior Attorney,
of Statewide Guardian ad Litem Office, Tallahassee,
for Guardian ad Litem.


PER CURIAM.

    AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.